1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5

6  Attorneys for Mr. Perez-Godinez

7

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No. 08mj2156
                                  )
12           Plaintiff,            )
                                  )
13 v.                             )
                                  )   **NOTICE OF APPEARANCE**
14 PEDRO PEREZ-GODINEZ,           )
                                  )
15           Defendant.            )
                                  )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned.

20                                    Respectfully submitted,

21 Dated: July 18, 2008              *s/ Bridget Kennedy*
                                     Federal Defenders of San Diego, Inc.
22                                   *bridget_kennedy@fd.org*

23

24

25

26

27

28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Perez-Godinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>v.                                                        )<br>                                                            )<br>**PEDRO PEREZ-GODINEZ,**              )<br>                                                            )<br>            Defendant.                          )<br>_____) | Case No. 08mj2156<br><br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 18, 2008                                                   *s/ Bridget L. Kennedy*
                                                                                   **BRIDGET L. KENNEDY**
                                                                                   Federal Defenders of San Diego, Inc.,
                                                                                   225 Broadway, Suite 900
                                                                                   San Diego, CA 92101-5030
                                                                                   (619) 234-8467  (tel)
                                                                                   (619) 687-2666  (fax)
                                                                                   e-mail:bridget_kennedy@fd.org